UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| OWNER-OPERATOR INDEPENDENT DRIVERS ASSOCIATION, et al. ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Case No. 1:98-cv-00457-SEB-JMS |
| MAYFLOWER TRANSIT, INC., ) ) | |
| Defendant. ) | |

## ORDER

Before the Court is the Parties' Joint Motion for Preliminary Approval of Offer and Acceptance of Judgment, to Approve Proposed Notice to Class Members, and to Set Fairness Hearing.

Mayflower's proposed offer of judgment provides every eligible class member who timely returned a valid and signed claim form with the full amount of their fuel tax credit balance 60 days after lease termination, plus interest and without any deductions for prior payments, fuel tax audit assessments, or other setoffs. These terms are unquestionably "within the range of possible [final] approval." *In re Bromine Antitrust Litig.*, 203 F.R.D. 403, 416 (S.D. Ind. 2001) (quoting *In re General Motors Corp., Engine Interchange Litig.*, 594 F.2d 1106, 1126 (7th Cir. 1979)). Accordingly, for good cause shown, the Court grants preliminary approval to Plaintiffs' acceptance of Mayflower's offer of judgment.

The Court also finds that the form and method of delivery of the proposed Notice to Class Members of Offer and Acceptance of Judgment is reasonable and comports with all the requirements of Federal Rule of Civil Procedure 23(e) and due process. The Parties are directed to mail notices substantially conforming with the proposed Notice to Class Members of Offer

- 2 -

and Acceptance of Judgment to eligible class members who submitted a timely claim form no later than September 16, 2008.

The Court will hold a Fairness Hearing on Friday, November 14, 2008, at 2:00 p.m. At the Fairness Hearing, the Parties must show that Plaintiffs' acceptance of the offer of judgment is "fair, reasonable, and adequate." *Reynolds v. Beneficial Nat'l Bank*, 288 F.3d 277, 279 (7th Cir. 2002). The Parties may present witnesses, experts, and affidavits or declarations, and objectors and class members may also appear and testify. The Fairness hearing will be held in Room 216 of the United States Courthouse in Indianapolis, Indiana. Objections to the proposed settlement via the offer of judgment shall be filed with the Court by November 4, 2008.

Dated: 09/12/2008

*Sarah Evans Barker*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

cc:

    Paul D. Cullen, Sr.                                                                               Court Reporter
David A. Cohen
THE CULLEN LAW FIRM, PLLC
1101 30th Street NW, Suite 300
Washington, DC 20007

David J. Carr
Margaret Wielenberg
ICE MILLER, LLC
One American Square, Suite 3100
Box 82001
Indianapolis, IN 46282

David Wells
Michael J. Morris
Rebecca A. Pinto
THOMPSON COBURN LLP
One U.S. Bank Plaza
St. Louis, MO 63101

David C. Campbell
BINGHAM McHALE LLP
2700 Market Tower
10 West Market Street
Indianapolis, IN 46204-2982

James A. Calderwood
ZUCKERT, SCOUTT & RASENBERGER
888 Seventeenth Street, N.W., Suite 600
Washington, DC 20006