UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| OWNER-OPERATOR INDEPENDENT DRIVERS ASSOCIATION, *et al.*, | ) ) | |
| Plaintiffs, | ) ) | 1:98-cv-00457-SEB-JMS |
| *vs.* | ) ) ) | |
| MAYFLOWER TRANSIT, INC., | ) | |
| Defendant. | ) | |

## AMENDED FINAL JUDGMENT

Pursuant to Fed. R. Civ. Pro. 54(d), the Court orders, adjudges, and decrees that the November 14, 2008, judgment for $194,220.98 that was entered in favor of Plaintiffs and against Defendant be amended to include an additional award for costs, in the amount of $1,145,671.58. Accordingly, the total judgment entered in favor of Plaintiffs and against Defendants in this matter is $1,339,892.56.

Date: 09/15/2009

*Sarah Evans Barker*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

**Distribution via ECF only:**

David J. Carr
carr@icemiller.com

David Aaron Cohen
dac@cullenlaw.com

Joseph Albert Black
jab@cullenlaw.com

Paul Damien Cullen , Sr.
pdc@cullenlaw.com

Ryan Christopher Metzing
 ryan.metzing@icemiller.com

David C. Campbell
dcampbell@binghammchale.com

David Wells
dwells@thompsoncoburn.com

James Albert Calderwood
jacalderwood@zsrlaw.com

James M. Hinshaw
jhinshaw@binghammchale.com

Martha S. Hollingsworth
mhollingsworth@binghammchale.com
Michael J. Morris
mmorris@thompsoncoburn.com

Roman P. Wuller
THOMPSON COBURN
One Firstar Plaza
St. Louis , MO 63101
(314) 552-6000